IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,
ADC # 93197                                                                PLAINTIFF

v.                         Case No. 5:10-cv-228-DPM-HDY

SMITH, HARRIS, and
WASHINGTON                                                              DEFENDANTS

JUDGMENT

The case is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 Jan. 2011